[Nos. 30994-7-II; 31134-8-II; Division Two. August 9, 2005.] 31724-9-II.

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS BAKER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EUGENE BAKER, *Appellant.*

Appeals from a judgment of the Superior Court for Clallam County, No. 02-1-00125-3, Thomas J. Majhan, J., entered September 26, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J.; Hunt, J., dissenting.

[No. 31410-0-II. Division Two. August 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ALLEN SHOSTAK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02268-3, John F. Nichols, J., entered February 11, 2004. *Reversed* by unpublished opinion per Morgan, J., concurred in by Van Deren, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31566-1-II. Division Two. August 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FROILAN RAUL GONZALEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-8-00219-7, Stephen M. Warning, J., entered March 23, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Van Deren, JJ.